# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER F. BARNETT <br> 12 Franklin Street, NE <br> Washington, DC 20002 <br><br>     Plaintiff <br><br>         v. <br><br> 5DESIGN DEVELOPMENT, LLC <br> 430 Springvale Road <br> Great Falls, VA 22066 <br><br> SHAW MOSTASHARI <br> 430 Springvale Road <br> Great Falls, VA 22066 <br><br> LYDA MEREDITH MOSTASHARI <br> 430 Springvale Road <br> Great Falls, VA 22066 <br><br>     Defendants. | Case No. 1:17-cv-00914 |

## NOTICE OF REMOVAL

Come now defendants 5Design Development, LLC, Shaw Mostashari, and Lyda Meredith Mostashari, by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and remove this case from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. As grounds for this Notice of Removal, defendants state as follows:

### BACKGROUND

1. On April 19, 2017, plaintiff filed a Complaint in the Superior Court for the District of Columbia ("Superior Court"). Superior Court assigned the case Civil Action No. 2017 CA 002754 R(RP) and issued a Summons and Initial Order and Addendum on April 20, 2017.

2. On April 25, 2017, counsel for 5Design Development, LLC, Shaw Mostashari, and Lyda Meredith Mostashari agreed to accept service of process on behalf of all defendants and received by email a pdf copy of the Complaint, Summons, and Initial Order and Addendum. Counsel memorialized this in a Notice of Acknowledgement of Service signed by counsel for defendants on April 25, 2017 and filed in Superior Court by plaintiff on April 26, 2017.

3. The Complaint, Summons, Initial Order and Addendum, and Notice of Acknowledgement of Service constitute all process, pleadings, and orders served upon such defendants in this action to and are attached hereto as Exhibit A.

4. The Complaint alleges five counts against defendants: breach of contract, negligence, violation of the District of Columbia Consumer Protection Procedures Act, breach of implied covenant of good faith and fair dealing, and strict liability.

5. This Notice of Removal is timely. Defendants, through counsel, first received a copy of the Summons and Complaint on April 25, 2017.

6. This Notice of Removal is being served upon plaintiff's counsel through the Court's electronic filing system. A Notification of Filing of Notice of Removal under 28 U.S.C. 1446(d) is being filed in Superior Court on this date and also served upon plaintiff's counsel through that court's electronic filing system and is attached as Exhibit B.

**JURISDICTION AND VENUE**

7. The Court has jurisdiction over this matter under 28 U.S.C. § 1332 as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of costs. Venue is proper under 28 U.S.C. § 1441(a) as the state Court action being removed is pending in the Superior Court for the District of Columbia.

**DIVERSITY OF CITIZENSHIP**

8. Complete diversity of citizenship exists between the parties.

9. Plaintiff is a citizen of California. *See* Compliant at 2, ¶1.

10. Defendants Shaw and Lyda Meredith Mostashari are citizens of Virginia. *See* Compliant at 2, ¶3.

11. Defendant 5Design Development, LLC ("5Design"), as a Virginia limited liability corporation whose members are citizens of Virginia, *see* Complaint at 2, ¶¶ 2-3, is also a citizen of Virginia.

**AMOUNT IN CONTROVERSY**

12. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Defendants dispute plaintiff's allegations but "[t]he default rule governing the amount-in-controversy requirement is that 'the sum claimed by the plaintiff controls if the claim is apparently made in good faith.' *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288, 58 S. Ct. 586, 82 L. Ed. 845 (1938)." *Info. Strategies, Inc. v. Dumosch*, 13 F. Supp. 3d 135, 140 (D.D.C. 2014).

13. Plaintiff claims separate monetary sums for each count but concludes with no *ad damnum* clause stating the total amount sought. Counts I and II seek damages of "at least" compensatory damages of $150,000.00; Count III seeks compensatory damages of $780,000.00, treble damages by statute, and punitive damages of $2,000,000.00; and Counts IV and V each seek compensatory damages of $780,000.00. Whether these alleged damages as pled are cumulative or redundant, or some combination thereof, all counts exceed the amount-in-controversy requirement for diversity jurisdiction.

14. Accordingly, the Complaint involves a controversy the sum or value of which exceeds $75,000, exclusive of costs and interest.

## CONCLUSION

Because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00 exclusive of interest and costs, this Court has jurisdiction over the matter under 28 U.S.C. §1332 and defendants are entitled to remove the matter under 28 U.S.C. 1441(a).

Respectfully submitted,

5DESIGN DEVELOPMENT, LLC
SHAW MOSTASHARI
LYDA MEREDITH MOSTASHARI
 By Counsel

 /s/   Mark D. Crawford
Mark D. Crawford (Bar No. 449004)
Law Offices of Mark D. Crawford, PLLC
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703-351-5024
703-351-9292 (fax)
mcrawford@mdc-law.com

## Certificate of Service

I hereby certify that on May 15, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing to:

Roy L. Kaufman, Esq. (D.C. Bar No. 252858)
Donald L. Uttrich (D.C. Bar No. 431859)
Jackson & Campbell, PC
1120 20th St., NW, Suite 300 South
Washington, DC 20036
Attorneys for Plaintiff

 /s/   Mark D. Crawford
Mark D. Crawford (DC Bar No. 449004)