Filed
D.C. Superior Court
04/28/2017 15:48PM
Clerk of the Court

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| CHRISTOPHER F. BARNETT<br>12 Franklin Street, NE<br>Washington, DC 20002 )<br><br>Plaintiff )<br><br>vs. )<br><br>5DESIGN DEVELOPMENT LLC )<br>430 Springvale Road )<br>Great Falls, VA 22066 )<br><br>Serve: C T CORPORATION SYSTEM, )<br>as Registered Agent )<br>1015 15th St., NW, Ste 1000 )<br>Washington, D.C. 20005 )<br><br>SHAW MOSTASHARI )<br>430 Springvale Road )<br>Great Falls, VA 22066 )<br><br>LYDA MEREDITH MOSTASHARI )<br>430 Springvale Road )<br>Great Falls, VA 22066 )<br><br>Defendants. )<br> ) | Civil Action No. **2017 CA 002754 R(RP)**<br><br>2017 CA _____R(RP)<br><br>**(ACTION INVOLVING REAL PROPERTY)**<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, Christopher F. Barnett ("Barnett"), by and through his undersigned counsel,

files this Complaint, which arises out of Barnett's purchase of a residential row house in the

District of Columbia that was renovated and offered for sale by 5Design Development LLC

("5Design"). Subsequent to the purchase of the property, Dr. Barnett discovered, and continues

to discover, numerous issues with the renovations performed by 5Design, including serious

structural issues with the property and other shoddy and illegal construction concealed by 5Design.

NOW COMES Plaintiff, who hereby files this Complaint against the Defendants for breach of contract, negligence, violation of the District of Columbia Consumer Protection Procedures Act, breach of the implied covenant of good faith and fair dealing, and strict products liability, states as follows:

## PARTIES

1.      Christopher F. Barnett is a resident of the State of California and, due to a new job in the District of Columbia, was a first-time homebuyer of certain property in the District of Columbia known as Lot 0055 in Square 3501, and known as 12 Franklin Street, NE, Washington, DC 20002 (the "Property").

2.      5Design Development LLC is a Virginia limited liability vompany that is registered as a foreign business entity in the District of Columbia, regularly conducts business, and is licensed to do business, in the District of Columbia, and it is the entity that renovated and sold the Property to Barnett.

3.      5Design is owned and operated by Shaw Mostashari and Lyda Mostashari who are, upon information and belief, husband and wife, the principals, sole owners, and alter egos of 5Design, which, upon information and belief, operates out of their home in the Commonwealth of Virginia.

## JURISDICTION AND VENUE

4.      Jurisdiction and venue are proper as the Property, which is the subject matter of this action, is located in the District of Columbia.

## STATEMENT OF FACTS

5.      5Design and the Mostasharis are in the business of purchasing and renovating residential properties in the District of Columbia for resale to homeowners, such business often referred to as "house flipping."  This business involves work as developers, general contractors, construction managers, and/or home improvement contractors.  Such work requires licensure by the District of Columbia's Department of Consumer and Regulatory Affairs ("DCRA").

6.      According to the online services provided by DCRA, 5Design possesses a general business license.  Upon information and belief, DCRA does not have any record of 5Design possessing licenses as a general contractor, construction manager and/or home improvement contractor.

7.      5Design and the Mostasharis actively advertise and promote their business online at http://5designdevelopment.com.  Their website states, in part, that "[t]heir focus is to deliver exceptional homes" and that they "work tirelessly to surpass the standard builder grade and deliver excellence and style."  Their website further states that what makes them better is **"HONESTY & INTEGRITY** – We stand by our projects and our sole goal is each buyer's total satisfaction."

8.      On or about April 23, 2015, 5Design purchased the Property for $435,000 with the intention of "flipping" the Property.

9.      On or about February 25, 2016, Barnett entered into a GCAAR Sales Contract with 5Design to purchase the Property for $780,000 (the "Contract").

10.      The Contract states, in part, that Barnett intends to occupy the Property as his principal residence.

3

11.    The Contract further includes a Seller's Property Condition Statement in which 5Design was required to disclose any known issues with the Property.  In the Property Condition Statement, 5Design and Shaw Mostashari affirmatively stated that they were not aware of any structural defects in the Property, nor were they aware of any citations for any violations of any regulation.

12.    D.C. Code § 42-1306 requires all seller disclosures to be "made in good faith."

13.    DCRA's online services indicate that 5Design's permit with DCRA for the Property was Application ID Numbered B154065, dated July 22, 2015, and that the stated Permit Type was identified as "Interior renovation of 2 levels and basement, demolishing interior walls, building new interior walls per plans. Updating mechanical, electrical and plumbing per plans. Replace floor joists on 1st floor and 2nd floor per framing plans. Replace existing basement slab due to number of cracks."

14.    5Design was issued multiple stop work orders for illegal construction during the renovation of the Property by DCRA.  One citation was issued by DCRA on February 2, 2016, just weeks before the Contract.  Contrary to the affirmative statements made by 5Design in the Property Condition Statement, such citations by DCRA or conditions giving rise to said citations were not disclosed by 5Design to Barnett.

15.    During the renovation of the Property, the Stronghold Civic Association, an association comprised of neighboring owners in the vicinity of the Property filed complaints with DCRA relaying concerns regarding the perceived poor quality of the construction and renovation of the property, particularly after 5Design illegally, without proper permits, pulled out the entire back wall of the Property with a rope.

16.    On March 31, 2016, 5Design and Barnett closed on the Property.

4

17.     On or about May 11, 2016, Barnett noticed discoloration of the kitchen doorframe leading to the adjoining outside deck.

18.     On or about May 21, 2016, Barnett noticed water infiltrating into the kitchen under the back doors.

19.     In May 2016, Barnett also noticed badly patched holes in a shower wall that occurred during installation by 5Design.

20.     Despite repeated requests for a site visit to discuss the structural conditions of the Property, 5Design was not responsive to such requests.

21.     On June 22, 2016, concerned about the structural integrity of the Property, Barnett retained Spectrum Design Build, Inc. ("Spectrum"), to evaluate existing structural issues, including known water infiltration.

22.     On July 21, 2016, Barnett notified 5Design of continued water intrusion into the kitchen.

23.     On July 5, 2016, Barnett notified 5Design of water leaking from living room light fixture when shower in second floor bedroom was used.

24.     Spectrum prepared a written report setting forth the conclusions of its evaluation (the "Spectrum Report").  The Spectrum Report noted the following primary problems:  (1) Water infiltration caused by improper construction of rear wall and decking, including improper or nonexistent flashing; (2)  Improper grading of rear yard which causes water infiltration into the Property; (3)  Improper plumbing in upstairs bathrooms which has resulted in water infiltration into first floor; and (4)  Permitting issues such open permits and/or lack of appropriate permits, as well as the failure to obtain close-out inspections.

25.     The Spectrum Report was shared with 5Design on or about January 3, 2017.

26.     Water intrusion into the first floor of the Property from the defective plumbing in the upstairs bathrooms has continued.

27.     On or about January 20, 2017, a pipe burst in the basement resulting in significant water intrusion.  Spectrum determined that inadequate insulation in the basement caused the pipe to freeze and burst resulting in the water damage.

28.     On or about April 5, 2017, during the necessary repairs of the Master bathroom due to water intrusion as described in Paragraphs 22 and 24 above, Spectrum discovered that the moisture barrier in the shower was improperly installed to the extent that the barrier was short and did not properly cover the shower pan and further discovered that the moisture barrier was replete with holes created by misplaced screws during the renovation of that bathroom in the Property.

## COUNT I

(Breach of Contract – 5Design and the Mostasharis)

29.     The preceding paragraphs are incorporated by reference as if fully set forth herein.

30.     5Design entered into the Contract to sell the Property to Barnett.  In order to comply with the District of Columbia Residential Real Property Seller Disclosure Act (D.C. Code §§ 42-1305 to 1307), 5Design was provided to provide a Seller's Property Condition Statement setting forth a disclosure by 5Design of the defects or information actually known by 5Design concerning the Property.

31.     The Defendants are acting as a developer, general contractor, construction manager and/or home improvement contractor in the District of Columbia.  As such they are

required to satisfy professional standards which are incorporated into the terms of its Contract with Barnett.  The Defendants failed to satisfy these standards.

32.     Moreover, Seller's Property Disclosure Statement contained a number of representations that were ultimately incorporated into the Contract, including the following:

        a.     That the seller does not have any actual knowledge of structural defects in the foundation.

        b.     That the seller does not have any actual knowledge of any defects in the plumbing system.

        c.     That the seller does not have actual knowledge as to whether the Property has been cited for any violations of regulations.

33.     These numerous material defects have required and will require extensive and expensive repairs.

34.     As a direct and proximate result of the Defendants' breach of contract, Barnett has suffered financial damage.

WHEREFORE, Plaintiff seeks judgment against 5Design and the Mostasharis, jointly and severally, under Count I for the following relief:

        A.     Compensatory damages in the amount of at least $150,000;

        B.     In the alternative, for rescission of the Contract;

        C.     In the alternative for the diminution in value of the Property as determined by the trier of fact;

        D.     Costs, attorney's fees, and post-judgment interest;

        E.     and such other and further relief as the Court deems proper.

## COUNT II

### (Negligence – 5Design and the Mostasharis)

35.    The preceding paragraphs are incorporated by reference as if fully set forth herein.

36.    The Defendants, as developers, general contractors, construction managers and/or home improvement contractors owed a duty of care to Barnett.[1]

37.    This duty of care includes adhering to the standard of care applied by any other developer/general contractor/construction manager/home improvement contractor of ordinary skill and prudence in the same or similar circumstances.  The duty more specifically includes complying with the licensing requirements established by the District of Columbia, including, but not limited to, the requirements set forth in Title 17 of the District of Columbia Code of Municipal Regulations, which among other things, requires that:

> All plumbing, gasfitting, electrical, or refrigeration and air conditioning work, or any combination of those services, to be performed under any contract between a property owner and a licensee, shall be performed in accordance with all of the requirements of the regulations applicable to that work, with particular reference to the use of qualified personnel (whenever required by the applicable regulations) in securing the permits and in the performance of the work.
>
> *   *   *
>
> Each licensee entering into a contract for the performance of any construction work for which a permit is required by applicable District law or regulation shall be responsible for taking such action as may be necessary to ensure that the work is performed only under the authority of the required permit and in accordance with all of its terms.

17 DCMR 3904.2 and 3907.1

38.    This duty of care also requires developers/general contractors/construction managers/home improvement contractors not to use false and misleading advertising, and not to

---

[1] This duty of care applies to those who are licensed as well as those who should be licensed based on their activities in the District of Columbia.

construct or renovate property leaving serious undisclosed, latent and concealed defects, including defects that posed a serious potential risk of injury to persons and/or other property.

39.     The Defendants breached the duty of care owed to Barnett by renovating and constructing, selling, and later performing further work on the Property without obtaining proper permits, without following the terms of permits, and without completing inspections.

40.     In addition, Defendants breached the duty of care owed to Barnett by constructing and renovating the Property that left the Property with: un-insulated or improperly insulated walls; un-insulated or improperly insulated pipes; a defective HVAC system; a deficiently constructed back deck; improper grading of the back yard; and other defects.

41.     Moreover, Defendants breached the duty of care owed to Barnett by misleading Barnett regarding the Property.

42.     The Mostasharis are the sole members of 5Design, dominate control of 5Design, and have used the corporate form of 5Design as an alter ego or business conduit to attempt to shield themselves from liability while effectuating the defective, unlicensed, negligent and otherwise illegal construction of the Property in the district of Columbia and, therefore, they are personally and jointly liable for the actions of 5Design.

43.     As a direct and proximate result of the Defendants' negligence and gross negligence, Barnett has suffered financial damage, damage to personal property (Other than the Property), risk of injury to other property, as well as emotional pain and suffering.

WHEREFORE, Plaintiff seeks judgment against 5Design and the Mostasharis, jointly and severally, under Count II, as an alternative theory of liability, for the following relief:

A.     Compensatory damages in the amount of at least $150,000;

B.     Costs, attorney's fees, and post-judgment interest;

C.    and such other and further relief as the Court deems proper.

## COUNT III

(Violation of the District of Columbia Consumer Protection
Procedures Act—5Design and the Mostasharis)

44.    The preceding paragraphs are incorporated by reference as if fully set forth herein.

45.    Barnett is a "consumer" within the meaning of D.C. Code § 28-3901(a)(2).

46.    The Defendants are "merchants" within the meaning of D.C. Code § 28-3901(a)(3).

47.    The sale of the Property is "goods and services" within the meaning of D.C. Code § 28-3901(a)(7).

48.    The Defendants committed unlawful trade practices in violation of D.C. Code § 28-3904 by, *inter alia*, maliciously, intentionally, deceptively, and willfully misrepresenting or causing it to be misrepresented to Barnett that the Property that the renovation was of a particular standard and quality when it was of another; by making false disclosures in the Seller's Property Disclosure Statement and Contract; by concealing defects in workmanship; by failing to obtain proper permits from the District of Columbia; by failing to have the renovation work properly inspected; by causing numerous code violations to exist in the Property; by boarding over serious structural defects; and by offering for sale a product which was not in conformity with applicable safety standards and codes, among other things.

49.    As a direct and proximate result of the violations of the D.C. Consumer Protection Procedures Act by the Defendants, Barnett was deceived into purchasing the Property for $780,000, suffered and will continue to suffer financial damage to repair and cure the numerous

10

material defects to the property, which has lost value on account of the stigma of latent defects that, even if remedied, will be know in the public record to prospective buyers and/or renters whenever Barnett sells or rents the Property in the future.

WHEREFORE, Plaintiff seeks judgment against 5Design and the Mostasharis, jointly and severally, under Count III for the following relief:

      A.      Compensatory damages of $780,000 or such other amount as determined by the trier of fact;

      B.      Treble damages based on the compensatory damages awarded, as allowable by statute, in the amount of $2,340,000;

      C.      Punitive damages of $2,000,000;

      D.      Costs, attorney's fees, and post-judgment interest; and

      E.      Such other and further relief as the Court deems proper.

## COUNT IV

(Breach of the Implied Covenant of Good Faith and Fair Dealing—5Design and the Mostasharis)

50.      The preceding paragraphs are incorporated by reference as if fully set forth herein.

51.      The Defendants entered into the Contract to sell the Property to Barnett pursuant to the terms and conditions in the Contract.

52.      The Defendants breached the implied covenant of good faith and fair dealing contained in every contract based on the material misrepresentations set forth in the disclosures section of the Contract and otherwise set forth in this Complaint.

11

53.     The numerous material defects have required and will continue to require expensive repairs and have injured Barnett's right to receive the full benefit of the residence that he was promised.

54.     The Defendants thereby evaded the spirit of the Contract and willfully rendered imperfect performance under the Contract.

55.     As a direct and proximate result of the Defendants' breach of the implied covenant of good faith and fair dealing, Barnett has suffered financial damage.

WHEREFORE, Plaintiff seeks judgment against 5Design under Count IV for the following relief:

    A.     Compensatory damages of $780,000 or such other amount as determined by the trier of fact.

    B.     Costs, attorney's fees, and post-judgment interest; and

    C.     Such other and further relief as the Court deems proper.

## COUNT V

(Strict Liability—5Design and the Mostasharis)

56.     The preceding paragraphs are incorporated by reference as if fully set forth herein.

57.     The Defendants are in the business of purchasing, renovating and reselling selling homes in the District of Columbia.

58.     As described above, the Defendants purchased the Property, did work on the Property, and then resold the Property to Dr. Barnett.

59.     As described above, however, the Property was sold in a defective and unreasonably dangerous condition to Barnett.

12

60.    Defendants expected the Property to reach Barnett without any substantial change from the condition in which it was sold, and the Property did, in fact, reach Dr. Barnett without any substantial change from the condition in which it was sold.

61.    The aforementioned defects in the Property were the direct and proximate cause of Barnett's injuries, which include economic and non-economic damages as previously described.

WHEREFORE, Plaintiff seeks judgment against 5Design under Count V for the following relief:

A.    Compensatory damages of $780,000 or such other amount as determined by the trier of fact;

B.    Costs, attorney's fees, and post-judgment interest; and

C.    Such other and further relief as the Court deems proper.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.
by:

Roy L. Kaufman  (DC Bar #252858)
Donald L. Uttrich  (DC Bar #431859)
1120 20th Street, N.W., Suite 300 South
Washington, D.C. 20036
Tel:    202-457-1600
Fax:    202-457-1678
Email:   rkaufman@jackscamp.com
         duttrich@jackscamp.com
*Counsel for Plaintiff*

13



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Christopher F. Barnett
_____
Plaintiff

vs.                                                    Case Number   2017 CA 002754 R(RP)

5Design Development LLC
_____
Defendant                SERVE: CT Corporation System
                                       1015 15th Street, NW
                                       Suite 1000
                         **SUMMONS**          Washington, DC 20005

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Donald L. Uttrich, Esquire
_____          _Clerk of the Court_
Name of Plaintiff's Attorney
Jackson & Campbell, P.C.
1120 20th Street, NW, Suite 300-S                 By _____
Address                                                        Deputy Clerk
Washington, DC 20036

202-457-4266                                      Date   04/20/2017
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Đề có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማማኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                    Demandante

contra

                                        Número de Caso: _____

_____
                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____
                                        Por: _____
Dirección                                              Subsecretario
_____

                                        Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Christopher F. Barnett
_____
                                    Plaintiff

                    vs.                           Case Number   **2017 CA 002754 R(RP)**

Shaw Mostashari
430 Springvale Road                 Defendant
Great Falls, VA 22066

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

Donald L. Uttrich, Esquire
_____              *Clerk of the Court*
Name of Plaintiff's Attorney
Jackson & Campbell, P.C.
1120 20th Street, NW, Suite 300-S
_____    By _____
Address
Washington, DC 20036

_____    Date    **04/20/2017**
202-457-4266
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요        ⶰⶺⶼ ... (202) 879-4828 ...

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                    CASUM.doc




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

_____          Número de Caso: _____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

_____          Por: _____
Dirección                                              Subsecretario

_____          Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요         ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde pueda pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Christopher F. Barnett
_____
Plaintiff

vs.                                          Case Number  2017 CA 002754 R(RP)

Lyda Meredith Mostashari
430 Springvale Road                          Defendant
Great Falls, VA 22066

## SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Donald L. Uttrich, Esquire                              _Clerk of the Court_
_____
Name of Plaintiff's Attorney
Jackson & Campbell, P.C.
1120 20th Street, NW, Suite 300-S                By _____
_____                          Deputy Clerk
Address
Washington, DC 20036

202-457-4266                                    Date         04/20/2017
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

     IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                              CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante

contra

_____          Número de Caso: _____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                              Por: _____
_____
Dirección                                                    Subsecretario

                                              Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요        የትርጉም ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                                    CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Christopher F. Barnett

Case Number: **2017 CA 002754 R(RP)**

vs

Date: April 20, 2017

5Design Development, LLC, Shaw Moetashri, Lyda Meradith Montashari

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)*<br>Donald L. Uttrich | Relationship to Lawsuit |
|---|---|
| Firm Name:<br>Jackson & Campbell, P.C. | [x] Attorney for Plaintiff |
| Telephone No.:        Six digit Unified Bar No.:<br>202-457-1600      #431859 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury       [x] 6 Person Jury       ☐ 12 Person Jury
Demand: $ At least $150,000                                          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar#: _____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

**A. CONTRACTS**                                    **COLLECTION CASES**

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property | Over $25,000 Pltf. Grants Consent | Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees | Under $25,000 Pltf. Grants Consent | Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| | Award (Collection Cases Only) | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 19 Wrongful Eviction |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 20 Friendly Suit |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 21 Asbestos |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, | ☐ 22 Toxic/Mass Torts |
| ☐ 08 Fraud | Not Malpractice) | ☐ 23 Tobacco |
| | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE        IF USED

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  - (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  - (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  - Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  - Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  - Judgment [ D.C. Code §
  - 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  - 42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  - [Rule 28-1 (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  - (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D. REAL PROPERTY

- ☒ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

4/18/17
Date

CV-496/ June 2015



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

CHRISTOPHER F. BARNETT
    Vs.                               C.A. No.      2017 CA 002754 R(RP)
5DESIGN DEVELOPMENT LLC et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                          Chief Judge Robert E. Morin

Case Assigned to: Judge WILLIAM M JACKSON
Date:  April 20, 2017
Initial Conference: 9:30 am, Friday, July 21, 2017
Location:   Courtroom 219
               500 Indiana Avenue N.W.
               WASHINGTON, DC  20001

                                               Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

Caio.doc

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Form 1-A

| | | |
|---|---|---|
| CHRISTOPHER F. BARNETT | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | 2017 CA 002754 R(RP) |
| vs. | ) | |
| | ) | |
| 5DESIGN DEVELOPMENT LLC | ) | |
| | ) | |
| SHAW MOSTASHARI | ) | |
| | ) | |
| LYDA MEREDITH MOSTASHARI | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

# **ACKNOWLEDGEMENT**

To:   Mark Crawford

I received a copy of the Summons, Complaint, and Initial Order and Addendum in the above-
captioned matter via email at mcrawford@mdc-law.com.

Signature _____   Date: 4-25-17

Mark Crawford is authorized to accept for 5Design Development LLC, Shaw Mostashari,
and Lyda Meredith Mostashari.