## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| CHRISTOPHER F. BARNETT )<br>12 Franklin Street, NE )<br>Washington, DC 20002 )<br>　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff　　　　　　　　　　　)<br>　　　　　　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>5DESIGN DEVELOPMENT, LLC )<br>430 Springvale Road )<br>Great Falls, VA 22066 )<br>　　　　　　　　　　　　　　　　　)<br>SHAW MOSTASHARI )<br>430 Springvale Road )<br>Great Falls, VA 22066 )<br>　　　　　　　　　　　　　　　　　)<br>LYDA MEREDITH MOSTASHARI )<br>430 Springvale Road )<br>Great Falls, VA 22066 )<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | 2017 CA 002754 R(RP)<br>Jury Trial Demanded |

## NOTIFICATION OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1446(d), please take notice that on May 15, 2017, all defendants filed a Notice of Removal in the United States District Court for the District of Columbia. Respectfully, this Court must proceed no further in light of said removal.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Law Offices of Mark D. Crawford, PLLC

　　　　　　　　　　　　　　　　*/s/ Mark D. Crawford*
　　　　　　　　　　　　　　　　Mark D. Crawford (Bar # 449004)
　　　　　　　　　　　　　　　　Law Offices of Mark D. Crawford, PLLC
　　　　　　　　　　　　　　　　2111 Wilson Blvd., Suite 700
　　　　　　　　　　　　　　　　Arlington, VA 22201
　　　　　　　　　　　　　　　　703-351-5024
　　　　　　　　　　　　　　　　703-351-9292 (Fax)
　　　　　　　　　　　　　　　　mcrawford@mdc-law.com
　　　　　　　　　　　　　　　　Counsel for Defendants

EXHIBIT C

**Certificate of Service**

I hereby certify that a copy of the foregoing was served via CaseFileXpress upon this 15th day of May 2017 upon Counsel for Plaintiff:

>Roy L. Kaufman, Esq. (D.C. Bar No. 252858)
>Donald L. Uttrich (D.C. Bar No. 431859)
>Jackson & Campbell, PC
>1120 20th St., NW, Suite 300 South
>Washington, DC 20036
>Attorneys for Plaintiff

    /s/   Mark D. Crawford
Mark D. Crawford (DC Bar No. 449004)

EXHIBIT C